**Minutes of the United States District Court**
**Southern District of California**
**JANUARY 18, 2008**

HON. PETER C. LEWIS DEPUTY CLERK: J. JARABEK

TAPE NO. PCL08-1; 10:17-10:19

07CR3441-BEN USA vs. LUIS MARTIN ARELLANO-VEGA - 17553359 (C)

CHANGE OF PLEA HEARING

DIANE REGAN, FEDERAL DEFENDERS, INC.

AUSA: JOHN WEIS

CHANGE OF PLEA HEARING NOT HELD

GOVT'S ORAL MOTION TO DISMISS W/O PREJUDICE - GRANTED
(DFT INDICTED IN CASE #08CR133-BEN)

ABSTRACT ISSUED TO USM

1 MIN