# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs )
LUIS MARTIN ARELLANO - VEGA )

CASE NUMBER 07CR3441-BEN

ABSTRACT OF ORDER

Booking No. 17553359

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 1/18/08

the Court entered the following order:

X Defendant be released from custody. AS TO THIS CASE ONLY!

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

____ Defendant released on $____ bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for ____ years.

____ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court:

____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

X Case Dismissed. ON ORAL MOTION OF THE GOVERNMENT

____ Defendant to be released to Pretrial Services for electronic monitoring.

X Other: Charges pending in 08CR133-BEN

2008 JAN 18 PM 12:07

PETER C. LEWIS

UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk

by J. Jarabek Deputy Clerk

J. JARABEK

Received ____
DUSM

Crim-9 (Rev 6-95)

★ U.S. GPO: 1998-783-398/40151

CLERKS' COPY